UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*York County v. Purdue Pharma, L.P. et al.,* Case No. 2:19-cv-00022-DBH (D. Maine) | MDL NO. 2804<br>Case No. 1:17-MD-2804<br><br>**Member Case No: 1:19-op-45191** |

### PLAINTIFF'S STIPULATION OF DISMISSAL
### AS TO MARK E. CIENIAWSKI, M.D., AND MICHAEL B. BRUEHL, M.D., ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned parties hereby stipulate to the dismissal of the above-entitled action, **with prejudice** and without costs, and with all rights of appeal being waived, as to all claims against defendants **Mark E. Cieniawski, M.D. and Michael B. Bruehl, M.D., ONLY.**

Respectfully submitted,

Plaintiff York County,

By its attorneys,

*/s/ Shayna E. Sacks*
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York NY 10017
(212) 397-1000
Email: SSacks@napolilaw.com

*/s/ James E. Belleau*
James E. Belleau, Bar No. 8314
Adam R. Lee, Bar No. 4143
Trafton, Matzen, Belleau & Frenette, LLP
PO Box 470, 10 Minot Avenue
Auburn, Maine 04212-0470

Respectfully submitted,

Defendants Mark E. Cieniawkski, M.D., and Michael B. Bruehl, M.D.,

By their attorneys,

/s/ *Madeleine K. Rodriguez*
David R. Geiger
Madeleine K. Rodriguez
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000
Email: dgeiger@foleyhoag.com
Email: mrodriguez@foleyhoag.com

/s/ *Mark G. Lavoie*
Mark G. Lavoie, Esq.

| | |
|---|---|
| (207) 784-4531<br>Email:  JBelleau@TMBF-Law.com<br>Email:  ALee@TMBF-Law.com | NORMAN, HANSON & DETROY, LLC<br>Two Canal Plaza<br>P.O. Box 4600<br>Portland, ME 04112-4600<br>(207) 774-7000<br>Email: mlavoie@nhdlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will distribute a copy of the document to all counsel of record.

/s/ Shayna E. Sacks